IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SOCIAL POSITIONING INPUT SYSTEMS, LLC,<br><br>              Plaintiff,<br>v.<br><br>FORWARD THINKING SYSTEMS LLC<br><br>              Defendant. | CASE NO. 2:22-cv-00150-JMA-AYS<br><br>JURY TRIAL DEMANDED<br><br>PATENT CASE |

## JOINT STIPULATION OF DISMISSAL

Plaintiff Social Positioning Input Systems, LLC, and Defendant Forward Thinking Systems, LLC, by their respective undersigned counsel, hereby STIPULATE and AGREE as follows:

1. All claims asserted by the Plaintiff in this Action are dismissed with prejudice and all counter-claims asserted by the Defendant in this Action are dismissed without prejudice under Fed. R. Civ. P. 41(a)(1)(A)(ii);

2. Each party shall bear its own costs and attorneys' fees with respect to the matters dismissed hereby;

This Stipulation and Order shall finally resolve the Action between the parties.

Dated: February 14, 2022          Respectfully submitted,

By: */s/Jay Johnson*
    JAY JOHNSON (*pro hac vice pending*)
    State Bar No. 24067322
    D. BRADLEY KIZZIA
    State Bar No. 11547550
    KIZZIA JOHNSON, PLLC
    1910 Pacific Ave., Suite 13000
    Dallas, Texas 75201
    (214) 451-0164
    Fax: (214) 451-0165
    jay@kjpllc.com
    bkizzia@kjpllc.com

**ATTORNEYS FOR PLAINTIFF**
**SOCIAL POSITIONING INPUT SYSTEMS, LLC**

**FISH & RICHARDSON P.C.**

By: */s/ Neil J. McNabnay*
    Neil J. McNabnay
    Ricardo J. Bonilla (*pro hac vice* to be filed)
    Noel Chakkalakal (*pro hac vice* to be filed)
    1717 Main Street, Suite 5000
    Dallas, TX 75201
    (214) 747-5070 (Telephone)
    mcnabnay@fr.com
    rbonilla@fr.com
    chakkalakal@fr.com

**ATTORNEYS FOR DEFENDANT**
**FORWARD THINKING SYSTEMS LLC**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on February 14, 2022, a true and correct copy of the foregoing document was filed with the Clerk of the Court using the Court's CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/Jay Johnson*
JAY JOHNSON (*pro hac vice pending*)