FILED
CLERK

12:13 pm, Feb 15, 2022

U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **SOCIAL POSITIONING INPUT SYSTEMS, LLC,**<br><br>            **Plaintiff,**<br>    v.<br><br>**FORWARD THINKING SYSTEMS LLC**<br><br>            **Defendant.** | **CASE NO. 2:22-cv-00150-JMA-AYS**<br><br>**JURY TRIAL DEMANDED**<br><br>**PATENT CASE** |

## JOINT STIPULATION OF DISMISSAL

Plaintiff Social Positioning Input Systems, LLC, and Defendant Forward Thinking Systems, LLC, by their respective undersigned counsel, hereby STIPULATE and AGREE as follows:

1. All claims asserted by the Plaintiff in this Action are dismissed with prejudice and all counter-claims asserted by the Defendant in this Action are dismissed without prejudice under Fed. R. Civ. P. 41(a)(1)(A)(ii);

2. Each party shall bear its own costs and attorneys' fees with respect to the matters dismissed hereby;

This Stipulation and Order shall finally resolve the Action between the parties.

Dated: February 14, 2022                    Respectfully submitted,

                                                   By:  */s/Jay Johnson*
                                                       JAY JOHNSON (*pro hac vice pending*)
                                                       State Bar No. 24067322
                                                       D. BRADLEY KIZZIA
                                                       State Bar No. 11547550
                                                       KIZZIA JOHNSON, PLLC
                                                       1910 Pacific Ave., Suite 13000
                                                       Dallas, Texas 75201
                                                       (214) 451-0164
                                                       Fax: (214) 451-0165
                                                       jay@kjpllc.com
                                                       bkizzia@kjpllc.com

                                                   **ATTORNEYS FOR PLAINTIFF**
                                                   **SOCIAL POSITIONING INPUT SYSTEMS, LLC**

                                                   **FISH & RICHARDSON P.C.**

                                               By:  */s/ Neil J. McNabnay*
                                                       Neil J. McNabnay
                                                       Ricardo J. Bonilla (*pro hac vice* to be filed)
                                                       Noel Chakkalakal (*pro hac vice* to be filed)
                                                       1717 Main Street, Suite 5000
                                                       Dallas, TX 75201
                                                       (214) 747-5070 (Telephone)
                                                       mcnabnay@fr.com
                                                       rbonilla@fr.com
                                                       chakkalakal@fr.com

                                                 **ATTORNEYS FOR DEFENDANT**
                                                 **FORWARD THINKING SYSTEMS LLC**

Dated:   Central Islip, NY
                February 15, 2022

Case closed.
SO ORDERED.
/s/ JMA, USDJ

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 14, 2022, a true and correct copy of the foregoing document was filed with the Clerk of the Court using the Court's CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/Jay Johnson*
JAY JOHNSON (*pro hac vice pending*)
