FILED
CLERK

12:13 pm, Feb 15, 2022

U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SOCIAL POSITIONING INPUT SYSTEMS, LLC,<br><br>　　　　　　Plaintiff,<br>　v.<br><br>FORWARD THINKING SYSTEMS LLC<br><br>　　　　　　Defendant. | CASE NO. 2:22-cv-00150-JMA-AYS<br><br>JURY TRIAL DEMANDED<br><br>PATENT CASE |

## JOINT STIPULATION OF DISMISSAL

Plaintiff Social Positioning Input Systems, LLC, and Defendant Forward Thinking Systems, LLC, by their respective undersigned counsel, hereby STIPULATE and AGREE as follows:

1. All claims asserted by the Plaintiff in this Action are dismissed with prejudice and all counter-claims asserted by the Defendant in this Action are dismissed without prejudice under Fed. R. Civ. P. 41(a)(1)(A)(ii);

2. Each party shall bear its own costs and attorneys' fees with respect to the matters dismissed hereby;

This Stipulation and Order shall finally resolve the Action between the parties.

Dated: February 14, 2022

Respectfully submitted,

By: */s/Jay Johnson*
JAY JOHNSON (*pro hac vice pending*)
State Bar No. 24067322
D. BRADLEY KIZZIA
State Bar No. 11547550
KIZZIA JOHNSON, PLLC
1910 Pacific Ave., Suite 13000
Dallas, Texas 75201
(214) 451-0164
Fax: (214) 451-0165
jay@kjpllc.com
bkizzia@kjpllc.com

**ATTORNEYS FOR PLAINTIFF
SOCIAL POSITIONING INPUT SYSTEMS, LLC**

**FISH & RICHARDSON P.C.**

By: */s/ Neil J. McNabnay*
Neil J. McNabnay
Ricardo J. Bonilla ( *pro hac vice* to be filed)
Noel Chakkalakal ( *pro hac vice* to be filed)
1717 Main Street, Suite 5000
Dallas, TX 75201
(214) 747-5070 (Telephone)
mcnabnay@fr.com
rbonilla@fr.com
chakkalakal@fr.com

**ATTORNEYS FOR DEFENDANT
FORWARD THINKING SYSTEMS LLC**

Dated: Central Islip, NY
February 15, 2022

Case closed.
SO ORDERED.
/s/ JMA, USDJ

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on February 14, 2022, a true and correct copy of the foregoing document was filed with the Clerk of the Court using the Court's CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/Jay Johnson*
JAY JOHNSON (*pro hac vice pending*)